UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA



| UNITED STATES OF AMERICA, | CASE NO. 15CR2794-GPC |
|---|---|
| Plaintiff, | |
| vs. | JUDGMENT OF DISMISSAL |
| RONALD YOUNG (5), | |
| Defendant. | |

TH

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal, without prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) as charged in the Indictment:

18USC371; 8USC1324(b); 18USC982(a)(6); 28USC2461© - Count 1;  8USC1324(a)(2)(B)(ii)

18USC2; 8USC1324(b); 18USC982(a)(6); 28USC2461© - Counts 2-7

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: January 26, 2016

Nita L. Stormes
U.S. Magistrate Judge